IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 04–cr–00157–REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. THOMAS MARK CONNALLY,
    a/k/a Thomas Mark Miller,
    a/k/a Thomas Mark Connaly,

    Defendant.

## ORDER GRANTING UNOPPOSED SECOND MOTION REQUESTING RETURN OF MR. CONNALLY'S PROPERTY

**Blackburn, J.**

The following matters are before me for consideration: (1) the **Government's Motion For Firearms Destruction Order** [#135][1]; and (2) defendant's **Unopposed Second Motion Requesting Return of Mr. Connally's Property** [#136] both filed on March 12, 2013. After reviewing both motions and the record, I conclude that the government's motion to destroy the firearms should be granted and that defendant's motion requesting the return of defendant's property the firearms seized by the Idaho Springs, Colorado, police department, excluding a Beretta 25 caliber handgun and a Tek-9 9mm gun which were the subject of the indictment filed against Mr. Connally, should be returned to defendant's nominee, Andy Anderson, on proof that he is a federally licensed firearms dealer.

---

[1] "[#135]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Government's Motion For Firearms Destruction Order** [#135] filed March 12, 2013, is **GRANTED**, but only insofar as it is consistent with the following orders;

2. That the Beretta 25 caliber handgun and a Tek-9 9mm gun that are in the possession and custody of the Idaho Springs, Colorado, police department **MAY BE DESTROYED** by either the Idaho Springs, Colorado, police department or the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF);

3. That defendant's **Unopposed Second Motion Requesting Return of Mr. Connally's Property** [#136] filed March 12, 2013, is **GRANTED**; and

4. That on proof of proper identity and on proof that Andy Anderson is a federally licensed firearms dealer, the Idaho Springs, Colorado, police department **SHALL RELEASE** Mr. Connally's legally possessed firearms seized by the Idaho Springs Police Department on January 30, 2004, to only Andy Anderson.

Dated March 13, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge